UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CARL ROBERT SMITH, JR.,**

    **Petitioner,**

v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

Case No. 2:17-cv-284
Crim. No. 2:14-cr-176
Judge Michael H. Watson
Chief Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On June 11, 2018, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Motion to Vacate under 28 U.S.C. § 2255 be dismissed. ECF No. 132. Although the parties were advised of the right to file objections to the Magistrate Judge's R&R, and of the consequences of failing to do so, no objections have been filed.

The R&R, ECF No. 132, is **ADOPTED** and **AFFIRMED**. The Motion to Vacate under 28 U.S.C. § 2255, ECF No. 115, is hereby **DISMISSED**.

Petitioner has waived his right to file an appeal by failing to file objections. See *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

                                            **MICHAEL H. WATSON, JUDGE**
                                            **UNITED STATES DISTRICT COURT**